No. D–668.  IN RE DISBARMENT OF RUBINO.  Disbarment entered.  [For earlier order herein, see 484 U. S. 1039.]

No. D–670.  IN RE DISBARMENT OF LEWIS.  Disbarment entered.  [For earlier order herein, see 484 U. S. 1040.]

No. D–673.  IN RE DISBARMENT OF SIMON.  Disbarment entered.  [For earlier order herein, see 484 U. S. 1040.]

No. D–674.  IN RE DISBARMENT OF DOZORYST.  Nicholas George Dozoryst II, of Chicago, Ill., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court.  The rule to show cause, heretofore issued on January 25, 1988 [484 U. S. 1040], is hereby discharged.

No. D–693.  IN RE DISBARMENT OF GOLDMAN.  Due to mistaken identity, the order entered April 4, 1988 [*ante*, p. 984], suspending Ronald Laurence Goldman, of Marina Del Rey, Cal., from the practice of law in this Court is vacated and the rule to show cause issued on that date is discharged.

No. D–699.  IN RE DISBARMENT OF HOPKINS.  It is ordered that Richard J. Hopkins, of Silver Spring, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–700.  IN RE DISBARMENT OF CULMER.  It is ordered that Harold Churchill Culmer, of Miami, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–701.  IN RE DISBARMENT OF MEROS.  It is ordered that George Nicholas Meros, of St. Petersburg, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–702.  IN RE DISBARMENT OF SIERRA.  It is ordered that Michael Sierra, of Tampa, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.